v.

**Terry A. JOHNSTON a/k/a Terry Allen Johnston, Appellant.**

**No. WD 34021.**

Missouri Court of Appeals,
Western District.

May 31, 1983.

**Richard R. WORKMAN, Respondent,**

v.

**Sandra K. WORKMAN, Appellant.**

**No. WD 34097.**

Missouri Court of Appeals,
Western District.

May 31, 1983.

Harry Rupert Stafford, Jr., Hartville, for appellant.

John J. Phillips of Phillips & Ewan and Lawrence H. Sandage, Independence, for respondent.

Before LOWENSTEIN, P.J., and WASSERSTROM and MANFORD, JJ.

PER CURIAM:

### ORDER

This is a judgment modifying a decree of dissolution affecting visitation rights in wife-appellant. The judgment is affirmed.

Rule 84.16(b).